Certificate Number: 02114-PR-CC-010724653

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 04/22/10, at 05:18 o'clock PM EST, RUBEN TORRES HERNANDEZ received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Puerto Rico, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted  by Internet .

| | |
|---|---|
| Date: 04-23-2010 | By /s/VICTOR ANDRADES |
| | Name VICTOR ANDRADES |
| | Title Counselor |

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1